### NATIONAL LABOR RELATIONS BOARD, Petitioner,

v.

### SIR JAMES, INC., Respondent.

### No. 26881.

United States Court of Appeals, Ninth Circuit.

Aug. 6, 1971.

Thomas Silfen (argued), NLRB, Arnold Ordman, Gen. Counsel, Dominick L. Manoli, Assoc. Gen. Counsel, Marcel Mallet-Prevost, Asst. Gen. Counsel, Washington, D. C., for petitioner.

David S. Bradshaw (argued), Don T. Hibner, of Sheppard, Mullin, Richter & Hampton, Los Angeles, Cal., for respondent.

Before CHAMBERS and HUFSTEDLER, Circuit Judges, and THOMPSON,* District Judge.

PER CURIAM:

■■ The Board's order will be enforced.

The early unilateral discontinuance of the health and welfare payments we conclude was an unfair labor practice. Hinson v. N.L.R.B., 8 Cir., 428 F.2d 133.

The finding that the company refused to bargain to an impasse is supported by the record considered as a whole.

THOMPSON, District Judge, dissents on the refusal to bargain issue.

---

* Bruce R. Thompson, judge of the United States District Court for the District of Nevada, sitting by designation.